IN RE JESSICA R. ET AL.*
(AC 25838)

DiPentima, Gruendel and West, Js.

Argued September 15—officially released November 1, 2005

Per Curiam. The judgments are affirmed.

LINDA STEWART-BROWNSTEIN v. CONCETTA
CASEY ET AL.
(AC 24748)

Dranginis, Gruendel and Hennessy, Js.

Argued September 16—officially released November 1, 2005

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT v. WILLIAM MCELVEEN
(AC 25529)

DiPentima, Harper and Dupont, Js.

Argued September 23—officially released November 1, 2005

Per Curiam. The judgment is affirmed.

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.